WILLIAM T. MIDDLETON, Appellant, *v.* DANIEL FARRELL, Respondent.

*Middleton* v. *Farrell*, 110 App. Div. 889, affirmed.
(Submitted October 23, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover an amount alleged to be due under the terms of a written contract for the purchase and sale of real property.

*Joseph P. Osborne* and *William H. Osborne* for appellant.

*Austin E. Pressinger* and *Richard S. Newcombe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.